UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
CLAUDIA ADAMS, :
 :
 :
                 Plaintiff, :
 : 21-CV-6157 (VSB)
      -against- :
 : **ORDER**
 :
BY DESIGN LLC, JAY LEE, and RUSSEL :
KEMP, :
 :
              Defendants. :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      On October 13, 2022, the parties submitted a third proposed settlement agreement for approval under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 200 (2d Cir. 2015). The proposed settlement includes a request for attorney's fees but provides no factual support for the requested amount. Accordingly, it is hereby:

      ORDERED that the parties submit evidence providing a factual basis for the requested attorney's fees award. Such basis should include "contemporaneous billing records documenting, for each attorney, the date, the hours expended, and the nature of the work done." *Lopez v. Nights of Cabiria*, *LLC*, No. 14–cv–1274 (LAK), 2015 WL 1455689, at *7 (S.D.N.Y. March 30, 2015).

SO ORDERED.

Dated: June 6, 2023
      New York, New York

                                                                  Vernon S. Broderick
                                                                United States District Judge