**WYATT & ASSOCIATES**
EMPLOYMENT LAW, HR SOLUTIONS

Timothy Brock, Esq
Tbrock@wyattlegalservices.com
P: 603-357-1111  F: 603-685-2868
Main Office/Mailing Address: 17 Elm Street Suite C211 Keene NH 03431
New York Office: 69 State Street, 13th Floor, Albany, NY 12207

**VIA ECF**

April 3, 2024

The Hon. Vernon S. Broderick
United States District Judge Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Broderick:

Plaintiff, Claudia Adams, submits this letter looking for an update on the *Cheeks v. Freeport Pancake House, Inc*., 796 F.3d 199 (2d. Cir., 2015) approval from this court. This case was settled during a court ordered mediation in front of Michael Leo, Esq. on January 27, 2022, over two years ago. The Parties have been diligently working to get approval from this court to allow the settlement to be finalized (and Plaintiff be paid the amount agreed to) ever since. This Court first rejected the Parties joint motion to approve the settlement on June 3, 2022, due to a no rehire clause. The offending clause was removed, and the parties again submitted a revised request to approve the settlement on June 24, 2022. This revised request was again rejected on September 20, 2022, due to continued issues relating to a clause about Plaintiff refraining from communicating with Defendant and related to a non-disparagement clause.

The Parties addressed these issues (by removing the offending clauses) and resubmitted an updated settlement document for approval on October 13, 2022. The Court issued a ruling on June 6, 2023 requesting documentation for Plaintiff's attorneys' fees. This explanation was provided to the Court on June 20, 2023. Having heard nothing from the Court since June 20,

**WYATT & ASSOCIATES**
EMPLOYMENT LAW, HR SOLUTIONS

Timothy Brock, Esq
Tbrock@wyattlegalservices.com
P: 603-357-1111 F: 603-685-2868
Main Office/Mailing Address: 17 Elm Street Suite C211 Keene NH 03431
New York Office: 69 State Street, 13th Floor, Albany, NY 12207

---

2023, Plaintiff writes to respectfully ask this Court for an update. Plaintiff specifically requests that this Court approve the settlement that was entered into over two years ago.

        Respectfully submitted,

        Claudia Adams
        By her attorneys

        THE LAW OFFICES OF WYATT
        & ASSOCIATES P.L.L.C

Date:   April 3, 2024              By:     */s/Timothy Brock*_____

        Timothy Brock (#5614151)
        Tbrock@wyattlegalservices.com

        Main Office:
        The Law Offices of Wyatt & Associates, P.L.L.C.
        17 Elm Street, Suite C211
        Keene, NH 03431
        Telephone: (603) 357-1111
        Facsimile: (603) 685-2868

        New York Office:
        The Law Offices of Wyatt & Associates, P.L.L.C.
        69 State Street, 13th Floor, Suite 1320
        Albany, NY 12207



## Certificate of Service

     I, Timothy J. Brock, hereby certify that the foregoing was served via ECF on counsel for the Defendant, on April 3, 2024.

Date:  4/3/24                                                    */s/Timothy J. Brock*